## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

ELI LILLY AND COMPANY

    Plaintiff

    vs.                              Civil 99-1018 (PG)

ZENITH GOLDLINE PHARMACEUTICALS, INC.

    Defendant

**ORDER TO SHOW CAUSE**

It appears from the docket of this case that no action has been taken since the complaint was filed on January 12, 1999. Plaintiff's attorney, David C. Indiano, is hereby granted 10 days to show cause why this case should not be DISMISSED, for lack of prosecution.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 1st day of December, 1999.

                                            JUAN M. PEREZ-GIMENEZ
                                            U. S. District Judge

*Received & Filed: 1999 DEC -6 AM 8:52, Clerk's Office, U.S. District Court, San Juan, PR*

AO 72
(Rev 8/82)