UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELI LILLY AND COMPANY,
    Plaintiff(s)

    v.                              Civil No.99-1018(PG)

ZENITH GOLDLINE
PHARMACEUTICALS, INC.
    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #3 - Motion For Voluntary Dismissal Without Prejudice. | *Granted* |

Date: December 10, 1999.

                                          JUAN M. PEREZ-GIMENEZ
                                          U.S. District Judge

