UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

ENTERED ON DOCKET 12/14/99 PURSUANT TO FRCP RULES 58 & 79a

ELI LILLY AND COMPANY,

  Plaintiff

v.        Civ. No. 99-1018 (PG)

ZENITH GOLDLINE
PHARMACEUTICALS, INC.
  Defendants

## JUDGMENT

The Court having granted plaintiff's Motion for Voluntary Dismissal Without Prejudice, Docket No. 3, hereby

**ORDERED AND ADJUDGED** that the case is **DISMISSED without prejudice**.

San Juan, Puerto Rico, December 10, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

